Case 1:22-cv-02214-GHW Document 9 Filed 03/29/22 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JESSICA SMITH,

                            Plaintiff,

-v -

CAPITAL ONE BANK (USA), NATIONAL
ASSOCIATION, EQUIFAX INFORMATION
SERVICES, LLC, EXPERIAN INFORMATION
SOLUTIONS, INC. and TRANSUNION, LLC,

                            Defendants.

---------------------------------------------------------------- X

1:22-cv-2214-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    On March 8, 2022, Defendant Equifax Information Services LLC ("Defendant") was ordered to show cause by March 28, 2022 as to why this action not be remanded to the New York Supreme Court for failure to comply with 28 U.S.C. § 1446(b)(2)(A). Defendant has not done so. Defendant is ordered to comply with the Court's order forthwith, and in no event later than April 1, 2022. If Defendant has not complied with the Court's order by that date, this case will be remanded to the New York Supreme Court.

    SO ORDERED.

Dated: March 29, 2022
New York, New York

                                                   _____
                                                        GREGORY H. WOODS
                                                   United States District Judge